# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROBERT LEE JONES, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CV415-065 |
| CLAY TATUM, Warden, | ) ) ) ) |
| Respondent. | ) ) |

## SUPPLEMENTAL REPORT AND RECOMMENDATION

On the same day that this Court issued its Report and Recommendation (R&R) advising denial of Robert Lee Jones's 28 U.S.C. § 2254 petition, doc. 15, he filed a "2nd Supplemental Habeas Corpus Petition," doc. 14, which basically expands on his actual innocence and equitable tolling defenses. Presuming familiarity with the last R&R, Jones' latest petition (doc. 14) must be **DENIED** because it at best plies conclusory assertions (*e.g.*, though he claims that he has "three (3) alibi witnesses," he tenders no names, let alone affidavits; and his "prison interference" assertions fail the particularity requirements discussed

earlier, doc. 15 at 6-7 n. 3), which means he still misses the pleading threshold needed for his petition to proceed.

**SO REPORTED AND RECOMMENDED,** this 2nd day of June, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA