IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT LEE JONES,            )
                             )
     Petitioner,             )
                             )
v.                           )   CASE NO. CV415-065
                             )
CLAY TATUM, Warden,          )
                             )
     Respondent.             )
_____)

## O R D E R

Before the Court are the Magistrate Judge's Report and Recommendation (Doc. 15) and Supplemental Report and Recommendation (Doc. 18), to which objections have been filed (Doc. 20).[1] After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Report and Recommendations are **ADOPTED** as the Court's opinion in this case. As a result, Respondent's Motion to Dismiss (Doc. 8) is **GRANTED** and Petitioner's 28 U.S.C. § 2254 Petition, including all amendments, is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner's Motion for Reconsideration (Doc. 21) is **DENIED**. However, the Court did consider this filing when assessing both Report and Recommendations.